UNITED STATES COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Daniel A. Ferrie, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>K Mart Corporation, )<br>)<br>Defendant. ) | CIVIL ACTION NO.<br>04-12068 JLT |

### PLAINTIFF'S RETURNS OF SERVICE OF PROCESS

Now comes the Plaintiff, Daniel A. Ferrie, by his attorney, and respectfully submits herein his returns of service of process in the above action.

Respectfully submitted,
Daniel A. Ferrie
By his attorney,

Paul F. Wood, BBO No. 565195
Law Office of Paul F. Wood, P.C.
45 Bowdoin Street
Boston, MA 02114
(617) 532-2666

certified

I hereby certify that a true copy of the within document was served upon all pro se parties/ attorneys of record by hand/first class mail, return receipt postage prepaid, on 10-4-04

≈AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of     Massachusetts

Daniel A. Ferrie

    V.

K Mart Corporation

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: **04 12068 JLT**

TO: (Name and address of Defendant)

Any Officer, Managing or General Agent
K Mart Corporation
3100 W. Big Beaver Road
Troy, MI 48084

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Paul F. Wood
Law Office of Paul F. Wood, P.C.
45 Bowdoin Street
Boston, MA 02114

(617) 532-2666

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.



TONY ANASTAS            9/27/2004

CLERK                                          DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 10-4-04 |
| NAME OF SERVER (PRINT) PAUL F. WOOD | TITLE ATTORNEY |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Pursuant to Fed.R.Civ.P 4(h) and Mass.R.Civ.P. 4(e), by serving true copies of the Summons and complaint upon Defendant, via certified Mail, return receipt, on 10/4/04.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10-12-04
            Date              Signature of Server

Address of Server: Law Office of Paul F. Wood P.C.
45 Bowdoin Street
Boston, Massachusetts 02114

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.