UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| DANIEL A. FERRIE, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No: 04 Civ. 12068 (JLT) |
| K MART CORPORATION, | ) ) ) | |
| Defendant. | ) ) | |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Civil Rule 7.3, defendant, K Mart Corporation ("K Mart"), through undersigned counsel, hereby files its Corporate Disclosure Statement disclosing the names of any parent corporation and/or any publicly held company that owns 10% or more of K Mart's stock.

    Kmart Holding Corporation
    Kmart Management Corporation

    K MART CORPORATION

    By its attorneys,

    /s/ Jeffrey M. Rosin
    David S. Rubin, BBO # 546213
    Jeffrey M. Rosin, BBO # 629216
    EPSTEIN, BECKER & GREEN, P.C.
    111 Huntington Avenue
    Boston, MA 02199
    (617) 342-4000

DATED: December 2, 2004

BO:137478v2