UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| Daniel A. Ferrie, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. |
| | ) | 04-12068 JLT |
| vs. | ) | |
| | ) | |
| K Mart Corporation, | ) | |
| | ) | |
| Defendant. | ) | |

PLAINTIFF'S NOTICE OF PENDING MOTIONS

Now comes the Plaintiff, Daniel A. Ferrie, by his attorney, and pursuant to the Court's

order dated December 9, 2004, respectfully puts the Court on notice of his Motion For Leave To

Serve Document Requests, which was electronically filed with the Court on December 27, 2004.


Respectfully submitted,
Daniel A. Ferrie
By his attorney,


/s/ Paul F. Wood
Paul F. Wood, BBO No. 565195
Law Office of Paul F. Wood
45 Bowdoin Street
Boston, MA 02114
(617) 532-2666