COPY

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Daniel A. Ferrie, | ) |
| Plaintiff, | ) CIVIL ACTION NO. |
| | ) 04-12068 JLT |
| vs. | ) |
| K Mart Corporation, | ) |
| Defendant. | ) |

### PLAINTIFF'S RULE 16.1(d)(3) CERTIFICATION

The undersigned hereby certify that they have conferred with respect to the above matter (a) with a view to establishing a budget for the costs of conducting the full course -- and various alternative courses -- of the litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

By: _____    _____
    Daniel A. Ferrie                Date

By: _____    12/23/04
    Paul F. Wood, BBO No. 565195    Date
    Law Office of Paul F. Wood, P.C.
    45 Bowdoin Street
    Boston, Massachusetts 02114
    (617) 532-2666

I hereby certify that a true copy of the within document was served upon all pro-se-parties/ attorneys of record by hand/first class mail, postage prepaid, on 12-23-04