UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DANIEL A. FERRIE, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No: 04 Civ. 12068 (JLT) |
| K MART CORPORATION, | ) |
| Defendant. | ) |

**NOTICE OF APPEARANCE**

Please enter the appearance of David S. Rubin, of Epstein Becker & Green, P.C., as counsel in this case along with Jeffrey M. Rosin on behalf of Defendant, Kmart Corporation.

Respectfully submitted,

/s/: David S. Rubin
David S. Rubin, BBO # 546213
Jeffrey M. Rosin, BBO # 629216
EPSTEIN, BECKER & GREEN, P.C.
111 Huntington Avenue
Boston, MA 02199
(617) 342-4000

Dated: January 3, 2005

BO:140174v1