UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DANIEL A. FERRIE,                             *
        Plaintiff,                             *
                                               *
v.                                            *          Civil Action No. 04-12068-JLT
                                               *
K MART CORPORATION,                           *
        Defendant.                             *

ORDER

January 5, 2005

TAURO, J.

After a conference on January 4, 2005, this court hereby orders that:

1. Defendant shall provide Plaintiff with an index listing all of the documents requested in Plaintiff's First Request for Production of Documents attached to Plaintiff's Motion for Leave to Serve Document Requests [#8];

2. The abovementioned index must be provided to Plaintiff by February 4, 2005;

3. Plaintiff may request, and Defendant must produce, any of the documents listed in the index by March 7, 2005;

4. Plaintiff's Motion for Leave to Serve Document Requests [#8] is DENIED as Moot;

5. Defendant may depose Daniel Ferrie anytime before March 7, 2005;

6. Plaintiff may request depositions after March 7, 2005; and

7. A Further Conference is scheduled for April 5, 2005 at 10:00 a.m.

IT IS SO ORDERED.

                                        /s/ Joseph L. Tauro
                                        United States District Judge