UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Daniel A. Ferrie,   )<br>   )<br>   Plaintiff,   )<br>   )<br>vs.   )<br>   )<br>K Mart Corporation,   )<br>   )<br>   Defendant.   ) | CIVIL ACTION NO.<br>04-12068 JLT |

JOINT MOTION TO CONTINUE STATUS CONFERENCE

Now come the Parties, by their attorneys, and respectfully request that the April 5, 2005 Status Conference in the above action be continued to a date in May, 2005. As good cause therefore, the Parties submit that all deadlines in this action had been extended by the Court's allowance of Defendant's assented to motion for extension of time. Allowance of the instant motion would allow for a more productive status conference after Plaintiff's counsel has had an opportunity to review documents and schedule depositions of Defendant's witnesses.

WHEREFORE, for the foregoing reasons, the Parties respectfully request that the within motion be ALLOWED.

Respectfully Submitted,

| | |
|---|---|
| Daniel A. Ferrie<br>By his attorney, | K Mart Corporation<br>By its attorneys, |
| _____<br>Paul F. Wood, BBO 565195<br>Law Office of Paul F. Wood, P.C.<br>45 Bowdoin Street<br>Boston, MA 02114<br>(617) 532-2666 | _____<br>David S. Rubin, BBO 546213<br>Jeffrey M. Rosin, BBO 629216<br>Epstein, Becker & Green, P.C.<br>111 Huntington Avenue<br>Boston, MA 02199<br>(617) 342-4000 |