**LAW OFFICE OF PAUL F. WOOD, P.C.**

PAUL F. WOOD

*Rcvd in Chambers 3-31-05 Z.L.*

TELEPHONE
617-532-2666

FACSIMILE
617-532-2667

E-MAIL
pfwatty@rcn.com

March 29, 2005

Zita Lovett, Clerk to the
 Honorable Joseph L. Tauro
U.S. District Court
1 Courthouse Way
Boston, Massachusetts 02210

    Re:    **Ferrie v. K Mart Corporation;**
              **USDC, D.Mass., C.A. No. 04-12068 JLT**

Dear Ms. Lovett:

    I am writing to confirm that the April 5, 2005 Status Conference in the above referenced action has been continued and that the Court will notify the Parties as to the continued date.

    I thank you for your kind attention to this matter.

                                                 Sincerely,

                                             Paul F. Wood

PFW/rmb
cc: Counsel of Record