UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DANIEL A. FERRIE,                              *
                                               *
       Plaintiff,                          *
                                               *
v.                                             *    Civil Action No. 04-12068-JLT
                                               *
K MART CORPORATION,                            *
                                               *
       Defendant.                          *

ORDER

May 12, 2005

TAURO, J.

After the Status Conference held on May 12, 2005, this court hereby orders that:

1.    All discovery shall be completed by July 29, 2005; and

2.    A Further Conference is scheduled for August 2, 2005 at 10:45 a.m.

IT IS SO ORDERED.

                                                      /s/ Joseph L. Tauro
                                                      United States District Judge