UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DANIEL FERRIE,<br>      Plaintiff,<br><br>v.<br><br>KMART CORPORATION,<br><br>      Defendant. | Civil Action No: 04-12068 (JLT) |

**DEFENDANT'S OPPOSITION TO**
**PLAINTIFF'S MOTION TO REOPEN DISCOVERY FOR 60 DAYS**

Defendant, Kmart Corporation ("Kmart"), hereby opposes the motion of plaintiff, Daniel Ferrie ("Ferrie"), to reopen discovery for 60 days. As grounds for its opposition, Kmart states as follows:

1. In this case, Ferrie raises claims about <u>the termination</u> of his employment, which occurred on March 1, 2004, including a claim that such termination constituted age discrimination in violation of the Age Discrimination in Employment Act ("ADEA"). Ferrie filed a charge of discrimination with Equal Employment Opportunity Commission on June 15, 2004, and he removed that charge to pursue his claims in court on or about October 4, 2004.

2. Yet, in this court case, Ferrie has continued to pursue discovery into every promotion that occurred within Kmart since he began working there in 1998. Three particular promotions/hirings which Ferrie continues to attempt to put at-issue are as follows:

    a. The promotion of Daniel Nicolini to District Manager, which occurred on July 26, 2001 (over two and one-half years before Ferrie's termination).

    b. The promotion of David Bennett to District Manager, which occurred on December 17, 2001 (over two years before Ferrie's termination).

    c. The hiring of Carlton James as District Manager, which occurred on July 15, 2001 (over two and one-half years before Ferrie's termination).

(See Exhibit A hereto)

3.      There is a six month statute of limitations (which may be 300 days under appropriate circumstances) for a plaintiff to bring a claim under the ADEA. See 29 U.S.C. § 626(d). As such, any claim by Ferrie about these promotions/hirings is clearly time-barred.

4.      Discovery began in this case in January 2005. Ferrie was deposed on February 28, 2005 and, in his deposition, he expressed his awareness that Nicolini, Bennett and James were made District Managers. (See Exhibit B hereto) Ferrie claimed that they were supposedly given their positions "ahead of him." (Id.)

5.      By letter dated July 13, 2005 – i.e., 6 and 1/2 months after discovery began, and over 4 months after his deposition -- Ferrie wrote to Kmart seeking production of the personnel records of Nicolini, Bennett and James.

6.      Notwithstanding the fact that Ferrie's claims about the promotions/hirings of these District Managers are clearly time-barred, their personnel files were produced to Ferrie on July 28, 2005. Together, these personnel files represent the so-called "350 additional documents" Ferrie references in his motion to reopen discovery by 60 days. (See Ferrie Motion, ¶ 2)

7.      By Order of this Court dated May 12, 2005, discovery closed on July 29, 2005. Ferrie now belatedly seeks to re-open discovery to (i) potentially take the depositions of Nicolini, Bennett and James, (ii) potentially move to re-open the Rule 30(b)(6) deposition of Kmart or (iii) potentially serve requests for admission. (See Ferrie Motion, ¶ 4)

8.      Discovery should not be left open for 60 days for Ferrie's "potential" further discovery. Rather, discovery should remain closed.

027.162160.1

9. To date, Ferrie has never even sent a notice of deposition to take the deposition of Nicolini, Bennett or James. He certainly had that opportunity in the 7 months discovery has been proceeding in this case. He has also never served any requests for admission despite ample opportunity to do so. As for Ferrie's Rule 30(b)(6) deposition, he has already had substantial time to inquire of Kmart's Rule 30(b)(6) designee about the <u>timely</u> claims in his complaint – <u>i.e.</u>, claims about his termination. That deposition should not be reopened now.

9. In short, this Court should not re-open discovery for Ferrie to seek further information about Nicolini, Bennett and/or James, particularly since any claims Ferrie may raise about their promotions/hiring are clearly time-barred.

WHEREFORE, Ferrie's motion to reopen discovery should be denied.

KMART CORPORATION

By its attorneys,

_____
David S. Rubin, Esq. BBO# 546213
Jeffrey M. Rosin, Esq. BBO #629216
FOLEY & LARDNER LLP
111 Huntington Avenue
Boston, MA 02199
(617) 342-4000

Dated: August 1, 2005

**EXHIBIT A**

Job Summary                                                                                                                Page 1 of 1

Home > Administer Workforce > Administer Workforce (GBL) > Inquire > **Job Summary**          New Window

## Job Summary

NICOLINI,DANIEL          EmplID: 01000066220          SSN: 114683657

### Job Information                                                                              View 7    First    1-32 of 32

| General | **Job Information** | Work Location | Compensation |

| Eff Date | Sequence | Jobcode | Empl Type | Empl Status | Full/Part Time | Reg/Temp | Standard Hours | Work Pe |
|---|---|---|---|---|---|---|---|---|
| 02/16/2005 | 0 | Str MgrVI | Salaried | Active | Full-Time | Regular | 48.00 | Weekly |
| 01/27/2005 | 0 | StrMgrIII | Salaried | Active | Full-Time | Regular | 48.00 | Weekly |
| 06/07/2004 | 0 | StrMgrIII | Salaried | Active | Full-Time | Regular | 48.00 | Weekly |
| 05/27/2003 | 0 | Str MgrVI | Salaried | Terminated | Full-Time | Regular | 48.00 | Weekly |
| 01/30/2003 | 0 | Str MgrVI | Salaried | Active | Full-Time | Regular | 48.00 | Weekly |
| 09/01/2002 | 0 | DTM | Salaried | Active | Full-Time | Regular | 48.00 | Weekly |
| 08/09/2002 | 0 | DTM | Salaried | Active | Full-Time | Regular | 48.00 | Weekly |
| 06/16/2002 | 0 | DTM | Salaried | Active | Full-Time | Regular | 48.00 | Weekly |
| 01/31/2002 | 0 | DTM | Salaried | Active | Full-Time | Regular | 48.00 | Weekly |
| 07/26/2001 | 0 | DTM | Salaried | Active | Full-Time | Regular | 48.00 | Weekly |
| 07/05/2001 | 0 | StrTMgrIII | Salaried | Active | Full-Time | Regular | 48.00 | Weekly |
| 07/01/2001 | 0 | Str TMgr I | Salaried | Active | Full-Time | Regular | 48.00 | Weekly |
| 05/03/2001 | 0 | Str TMgr I | Salaried | Active | Full-Time | Regular | 48.00 | Weekly |
| 05/01/2001 | 0 | Str TMgr I | Salaried | Active | Full-Time | Regular | 48.00 | Weekly |
| 02/01/2001 | 0 | Str TMgr I | Salaried | Active | Full-Time | Regular | 48.00 | Weekly |
| 01/18/2001 | 0 | Str TMgr I | Salaried | Active | Full-Time | Regular | 48.00 | Weekly |
| 11/02/2000 | 0 | Oper Mgr G | Salaried | Active | Full-Time | Regular | 48.00 | Weekly |
| 07/27/2000 | 0 | Rep TM D | Salaried | Active | Full-Time | Regular | 48.00 | Weekly |
| 06/01/2000 | 0 | Rep TM D | Salaried | Active | Full-Time | Regular | 48.00 | Weekly |
| 04/20/2000 | 0 | Repl TM | Salaried | Active | Full-Time | Regular | 48.00 | Weekly |
| 01/27/2000 | 0 | Repl TM | Salaried | Active | Full-Time | Regular | 48.00 | Weekly |
| 01/06/2000 | 0 | Repl TM | Salaried | Active | Full-Time | Regular | 48.00 | Weekly |
| 12/01/1999 | 0 | Repl TM | Salaried | Active | Full-Time | Regular | 48.00 | Weekly |
| 04/22/1999 | 0 | Repl TM | Salaried | Active | Full-Time | Regular | 48.00 | Weekly |
| 11/12/1998 | 0 | Repl TM | Salaried | Active | Full-Time | Regular | 48.00 | Weekly |
| 06/19/1998 | 0 | HL TAM MTP | Salaried | Active | Full-Time | Regular | 48.00 | Weekly |
| 06/18/1998 | 0 | HL TMgr | Salaried | Active | Full-Time | Regular | 48.00 | Weekly |
| 05/07/1998 | 0 | HL TAM MTP | Salaried | Active | Full-Time | Regular | 48.00 | Weekly |
| 01/29/1998 | 0 | HL AM MTP | Salaried | Active | Full-Time | Regular | 48.00 | Weekly |
| 01/15/1998 | 0 | HL AM MTP | Salaried | Active | Full-Time | Regular | 48.00 | Weekly |
| 12/11/1997 | 0 | Pacesetter | Salaried | Active | Full-Time | Regular | 48.00 | Weekly |
| 10/30/1997 | 0 | Pacesetter | Salaried | Active | Full-Time | Regular | 48.00 | Weekly |

Return to Search

Job Summary                                                                 Page 1 of 2

Home > Administer Workforce > Administer Workforce (GBL) > Inquire > Job Summary    New Window

Job Summary

BENNETT, DAVID G            EmplID: 61000007156           SSN: 089661296

Job Information                                                         View 7   First   1-48 of 48

**General | Job Information | Work Location | Compensation**

| Eff Date | Sequence | Jobcode | Empl Type | Empl Status | Full/Part Time | Reg/Temp | Standard Hours | Work Per |
|---|---|---|---|---|---|---|---|---|
| 06/15/2005 | 0 | ProTem Coa | Salaried | Active | Full-Time | Regular | 48.00 | Weekly |
| 01/27/2005 | 0 | DTM | Salaried | Active | Full-Time | Regular | 45.00 | Weekly |
| 01/29/2004 | 0 | DTM | Salaried | Active | Full-Time | Regular | 45.00 | Weekly |
| 01/30/2003 | 1 | DTM | Salaried | Active | Full-Time | Regular | 45.00 | Weekly |
| 01/30/2003 | 0 | DTM | Salaried | Active | Full-Time | Regular | 45.00 | Weekly |
| 06/16/2002 | 0 | DTM | Salaried | Active | Full-Time | Regular | 48.00 | Weekly |
| 01/31/2002 | 0 | DTM | Salaried | Active | Full-Time | Regular | 48.00 | Weekly |
| 01/16/2002 | 0 | DTM | Salaried | Active | Full-Time | Regular | 48.00 | Weekly |
| 12/17/2001 | 0 | DTM | Salaried | Active | Full-Time | Regular | 48.00 | Weekly |
| 07/12/2001 | 0 | Str TMgrVI | Salaried | Terminated | Full-Time | Regular | 48.00 | Weekly |
| 07/01/2001 | 0 | Str TMgrVI | Salaried | Active | Full-Time | Regular | 48.00 | Weekly |
| 05/03/2001 | 0 | Str TMgrVI | Salaried | Active | Full-Time | Regular | 48.00 | Weekly |
| 05/01/2001 | 0 | Str TMgrVI | Salaried | Active | Full-Time | Regular | 48.00 | Weekly |
| 02/01/2001 | 0 | Str TMgrVI | Salaried | Active | Full-Time | Regular | 48.00 | Weekly |
| 07/27/2000 | 0 | Str TMgrVI | Salaried | Active | Full-Time | Regular | 48.00 | Weekly |
| 05/01/2000 | 0 | Str TMgrVI | Salaried | Active | Full-Time | Regular | 48.00 | Weekly |
| 01/27/2000 | 0 | Str TMgrVI | Salaried | Active | Full-Time | Regular | 48.00 | Weekly |
| 12/01/1999 | 0 | Str TMgrVI | Salaried | Active | Full-Time | Regular | 48.00 | Weekly |
| 06/07/1999 | 0 | Str TMgrVI | Salaried | Active | Full-Time | Regular | 48.00 | Weekly |
| 05/01/1999 | 0 | Str TMgrIV | Salaried | Active | Full-Time | Regular | 48.00 | Weekly |
| 01/28/1999 | 0 | Str TMgrIV | Salaried | Active | Full-Time | Regular | 48.00 | Weekly |
| 08/10/1998 | 0 | StrTMgrIII | Salaried | Active | Full-Time | Regular | 48.00 | Weekly |
| 05/07/1998 | 0 | Str TMgr I | Salaried | Active | Full-Time | Regular | 48.00 | Weekly |
| 02/01/1998 | 0 | Str Mgr I | Salaried | Active | Full-Time | Regular | 48.00 | Weekly |
| 03/13/1997 | 0 | Str Mgr II | Salaried | Active | Full-Time | Regular | 48.00 | Weekly |
| 01/30/1997 | 0 | Ops Mgr | Salaried | Active | Full-Time | Regular | 48.00 | Weekly |
| 04/18/1996 | 0 | Ops Mgr | Salaried | Active | Full-Time | Regular | 48.00 | Weekly |
| 02/01/1996 | 0 | HL Manager | Salaried | Active | Full-Time | Regular | 48.00 | Weekly |
| 06/29/1995 | 0 | HL Manager | Salaried | Active | Full-Time | Regular | 48.00 | Weekly |
| 02/09/1995 | 0 | HL Mgr LII | Salaried | Active | Full-Time | Regular | 48.00 | Weekly |
| 01/26/1995 | 0 | SK HL LII | Salaried | Active | Full-Time | Regular | 48.00 | Weekly |
| 07/14/1994 | 0 | MAM-MTP | Salaried | Active | Full-Time | Regular | 48.00 | Weekly |
| 05/12/1994 | 0 | OM-MTP | Salaried | Active | Full-Time | Regular | 48.00 | Weekly |
| 01/27/1994 | 0 | MAM-MTP | Salaried | Active | Full-Time | Regular | 40.00 | Weekly |
| 04/15/1993 | 0 | MAM-MTP | Salaried | Active | Full-Time | Regular | 40.00 | Weekly |
| 01/28/1993 | 0 | MAM-MTP | Salaried | Active | Full-Time | Regular | 48.00 | Weekly |
| 01/23/1992 | 0 | MAM-MTP | Salaried | Active | Full-Time | Regular | 48.00 | Weekly |
| 06/17/1991 | 0 | MAM-MTP | Salaried | Active | Full-Time | Regular | 48.00 | Weekly |
| 04/18/1991 | 0 | MAM-MTP | Salaried | Active | Full-Time | Regular | 48.00 | Weekly |
| 01/24/1991 | 0 | MAM-MTP | Salaried | Active | Full-Time | Regular | 48.00 | Weekly |
| 03/07/1990 | 0 | Store Hrly | Hourly | Active | Full-Time | Regular | 40.00 | Weekly |
| 08/09/1989 | 0 | Store Hrly | Hourly | Active | Full-Time | Regular | 40.00 | Weekly |
| 03/08/1989 | 0 | Store Hrly | Hourly | Active | Full-Time | Regular | 40.00 | Weekly |
| 07/16/1988 | 0 | Store Hrly | Hourly | Active | Full-Time | Regular | 40.00 | Weekly |

Job Summary                                                                                          Page 1 of 1

Home > Administer Workforce > Administer Workforce (GBL) > Inquire > **Job Summary**   New Window

Job Summary

JAMES,CARLTON                 **EmplID:** 01003900060                 **SSN:** 156725810

Job Information                                                                          View 7     First

| General | **Job Information** | Work Location | Compensation | | | | |
|---|---|---|---|---|---|---|---|
| **Eff Date** | **Sequence** | **Jobcode** | **Empl Type** | **Empl Status** | **Full/Part Time** | **Reg/Temp** | **Standard** |
| 02/01/2005 | 0 | DVPStrConv | Salaried | Active | Full-Time | Regular | 45.00 |
| 01/27/2005 | 0 | DTM | Salaried | Active | Full-Time | Regular | 48.00 |
| 10/12/2004 | 0 | DTM | Salaried | Active | Full-Time | Regular | 48.00 |
| 02/01/2004 | 0 | DTM | Salaried | Active | Full-Time | Regular | 48.00 |
| 01/29/2004 | 0 | DTM | Salaried | Active | Full-Time | Regular | 48.00 |
| 05/01/2003 | 0 | DTM | Salaried | Active | Full-Time | Regular | 48.00 |
| 01/30/2003 | 1 | DTM | Salaried | Active | Full-Time | Regular | 48.00 |
| 01/30/2003 | 0 | DTM | Salaried | Active | Full-Time | Regular | 45.00 |
| 06/16/2002 | 0 | DTM | Salaried | Active | Full-Time | Regular | 48.00 |
| 01/31/2002 | 0 | DTM | Salaried | Active | Full-Time | Regular | 48.00 |
| 12/10/2001 | 0 | DTM | Salaried | Active | Full-Time | Regular | 48.00 |
| 07/25/2001 | 0 | DTM | Salaried | Active | Full-Time | Regular | 48.00 |
| 07/15/2001 | 0 | DTM | Salaried | Active | Full-Time | Regular | 48.00 |

Return to Search

Job Summary                                                                                             Page 2 of 2

| Date | | Job | Type | Status | Time | Class | Hours | Period |
|---|---|---|---|---|---|---|---|---|
| 07/13/1988 | 0 | Store Hrly | Hourly | Active | Full-Time | Regular | 40.00 | Weekly |
| 06/01/1988 | 0 | Store Hrly | Hourly | Active | Full-Time | Regular | 40.00 | Weekly |
| 03/27/1988 | 0 | Store Hrly | Hourly | Active | Full-Time | Regular | 40.00 | Weekly |
| 03/23/1988 | 0 | Sys Start | | Active | Full-Time | Regular | 40.00 | Weekly |

Q Return to Search)  ↓≡ Next in List)  ↑≡ Previous in List)

**EXHIBIT B**

CERTIFIED ORIGINAL
LEGALINK BOSTON

VOLUME: I

PAGES: 1 to 199

EXHIBITS: See Index

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - x

DANIEL A. FERRIE

    Plaintiff

  v.                                No. 04CV12068JLT

KMART CORPORATION

    Defendant

- - - - - - - - - - - - - - - - - - x


DEPOSITION of DANIEL FERRIE

Monday, February 28, 2005

10:00 a.m.

Foley & Lardner, LLP

111 Huntington Avenue

Boston, Massachusetts 02199


Michelle Keegan, Court Reporter

1   because these are people who supposedly have
2   knowledge relative to this case.
3          Mr. Ferrie, you're listed first, right?
4   A.   Uh-hmm.
5   Q.   And then Napier. We've talked about Napier?
6   A.   Right.
7   Q.   Swank, we've talked about him?
8   A.   Right.
9   Q.   Ryan Shea, we've talked about him?
10  A.   Uh-hmm.
11  Q.   Daniel LNU, is that last name unknown?
12  A.   Last name unknown.
13  Q.   Who is Daniel?
14  A.   Another New Yorker that received a district
15  manager's promotion ahead of me.
16  Q.   Was he one of the ones we talked about?
17  A.   No.
18  Q.   What district manager job did he get?
19  A.   He got southern New Hampshire.
20  Q.   And when was that?
21  A.   When I was in -- Right when I went to Fall
22  River. Right after I went to Fall River.
23  Q.   And approximately when did you go to Fall
24  River again?

1        A.    It was in '01, right before.

2        Q.    And was this guy Daniel, was he younger than
3    you?

4        A.    Much younger and not experienced.

5        Q.    Okay.  Charles James, we talked about him,
6    right?  He was the district manager?

7        A.    Right.

8        Q.    Is there anything about Charles James that
9    would be -- that we haven't talked about that's
10   relevant to your case here?

11       A.    Not that I know of.  He was a younger man
12   that got hired in as a district manager from Wal-
13   Mart.

14       Q.    Were you already employed when James got
15   hired?

16       A.    Yes, I was.

17       Q.    Were you a store manager yet?

18       A.    Yes, I was.

19       Q.    You were a store manager when Charles James
20   got hired to be district manager?

21       A.    Right.

22       Q.    They both talk about that -- both Daniel and
23   Charles James, that they would have knowledge of
24   your employment and/or discrimination.  What do they

1  know about your -- either of them know about your
2  employment or discrimination?
3      A.  Well, James -- I worked directly for James.
4      Q.  Did he ever discriminate against you?
5      A.  Did he ever discriminate against me?  No.
6      Q.  And what about Daniel, would he have any
7  knowledge of your employment or discrimination?
8      A.  He was part of the New York crew.  And I
9  believe he would.
10     Q.  What would he know?
11     A.  I believe he was privy to conversations.  He
12 was privy to numerous conversations on weekends and
13 weekend outings.
14     Q.  And on what do you base that?
15     A.  Through conversations that I had with him
16 after.
17     Q.  After what?
18     A.  After the outings and things that he told me
19 about.
20     Q.  What did he say?
21     A.  He said he would tell me things about, "Your
22 name got brought up this weekend.  This one said
23 this.  This one said that."
24     Q.  Who said what?

1    A.  Well, it was Ryan, Swank, him and other
2  people.  He said, "Ryan said this" or "John said
3  that."
4    Q.  But what is it that they supposedly said
5  about you?
6    A.  It would usually be something negative.
7    Q.  Like what?
8    A.  One time Ryan called me a fat troll.
9    Q.  So this guy Daniel told you about that?
10   A.  Yeah.
11   Q.  Any other instances?
12   A.  I can't remember at this time.  I don't
13 remember at this time.
14   Q.  Well, you remember that one specifically?
15   A.  I remember that one specifically.
16   Q.  Do you remember anything that Swank ever
17 supposedly said about you out of your presence?
18 You've already talked about what he said to you
19 supposedly to your face.
20   A.  I don't.  I can't remember at this time.
21   Q.  What about David Bennett, who was he?
22   A.  David Bennett was the gentleman who was
23 promoted and brought back to the company, the one
24 that had the poor performance and had been brought

1  back to the company.
2      Q.  And would he know anything specifically
3  about your employment or discrimination?
4      A.  He would know that he got brought back over
5  me based on information I was a better performer.
6      Q.  He would know about his own experience?
7      A.  He would -- And on the metrics of
8  performance, he would know I was a better performer.
9      Q.  How would he know that?
10     A.  He would know what his metrics were and he
11 would read what my metrics were and compare them.
12     Q.  Had you done that in the past?  Have you
13 seen that information?
14     A.  Certain information, yes.
15     Q.  What information?
16     A.  Certain information that when he ran a store
17 in New York, that he had, I think, a 9 and a half
18 percent shrink, almost a 10 percent shrink.
19     Q.  This is the information that you said that
20 you knew because it was just generally known?
21     A.  Yeah.
22     Q.  Anything else?  Any other information?
23     A.  No.
24     Q.  Reeves we've already talked about.  Anything

Daniel Ferrie                                                    02/28/2005

191

1  we haven't talked about about Reeves?
2      A.  No.
3      Q.  Who is Mike Lardino?
4      A.  Mike Lardino was the district -- was the
5  regional HR person during the Shea administration.
6      Q.  All right.  What would he know about your
7  employment or discrimination?
8      A.  He knew that -- He was involved in the
9  conversations and knew about my offer as district
10 manager in the southern district.
11     Q.  How do you know that?
12     A.  Because I was told conversations had been
13 had with Lardino, Swank and Shea.
14     Q.  This is what Swank told you?
15     A.  Exactly.
16     Q.  And that you're going to be offered this
17 job?
18     A.  Uh-hmm.
19     Q.  Did anyone ever say to you anything after
20 that about why you didn't get the job?
21     A.  Because they hired Bennett back.
22     Q.  Who told you about it?
23     A.  Shea called me.
24     Q.  Shea called you and said what?