UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| DANIEL A. FERRIE, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 04-12068-JLT |
| | * | |
| K MART CORPORATION, | * | |
| | * | |
| Defendant. | * | |

ORDER

August 2, 2005

TAURO, J.

After the Further Conference held on August 2, 2005, this court hereby orders that:

1. <u>Plaintiff's Motion for a Brief Extension of the Discovery Deadline</u> [#19] is ALLOWED;

2. All discovery shall be completed by October 3, 2005; and

3. A Pretrial Conference is scheduled for October 17, 2005 at 10:00 a.m.

IT IS SO ORDERED.

    /s/ Joseph L. Tauro
United States District Judge