UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| Daniel A. Ferrie, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. |
| | ) | 04-12068 JLT |
| vs. | ) | |
| | ) | |
| K Mart Corporation, | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S *ASSENTED TO* MOTION FOR A BRIEF ONE-WEEK EXTENTION TO OPPOSE THE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Now comes the Plaintiff, Daniel A. Ferrie, by his attorney, and respectfully requests a brief one-week extension to and including **October 10, 2005** to file his opposition to the Defendant's motion for summary judgment. The said opposition is otherwise due on October 3, 2005.

As good cause for the allowance of the within motion, Plaintiff respectfully submits that undersigned counsel needs the addition time to adequately prepare the said opposition and is under several other court-imposed deadlines, including a matter before the Massachusetts Supreme Judicial Court due on September 30, 2005.

The Defendant will not be prejudiced by the allowance of the within motion and has kindly assented to the same. The allowance of the within motion will not affect any scheduled deadlines in the within action.

WHEREFORE, for the foregoing reasons the Plaintiff, Daniel A. Ferrie, respectfully requests that the within motion be ALLOWED.

                                                          Respectfully Submitted,
                                                          Daniel A. Ferrie
                                                          By his attorney,

                                                          /s/ Paul F. Wood_____
                                                          Paul F. Wood, BBO 565195
                                                          Law Office of Paul F. Wood, P.C.
                                                          45 Bowdoin Street
                                                          Boston, MA  02114
                                                          (617) 532-2666

ASSENTED TO:

/s/Jeffrey A. Rosin (pfw w/permission)\_\_