UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Daniel A. Ferrie, )
 )
   Plaintiff, )   CIVIL ACTION NO.
 )   04-12068 JLT
vs. )
 )
K Mart Corporation, )
 )
   Defendant. )

PLAINTIFF'S EXHIBIT LIST SUBMITTED
IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Now comes the Plaintiff, Daniel A. Ferrie, by his attorney, and submits herein his Exhibit List in opposition to Defendant's Motion for Summary Judgment:

**Exhibit 1:** Plaintiff's Massachusetts Commission Against Discrimination Charge of Discrimination.

**Exhibit 2:** Excerpts from Deposition of Jon Swank.

**Exhibit 3:** Plaintiff's Performance Evaluations.

**Exhibit 4:** Affidavit of Daniel A. Ferrie.

**Exhibit 5:** Excerpts from Deposition of David B. Hughes.

**Exhibit 6:** Employer's First Report of Injury or Fatality, concerning Plaintiff.

**Exhibit 7:** FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER.

**Exhibit 8:** FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER.