**EXHIBIT 1**

The Commonwealth of Massachusetts
Commission Against Discrimination
One Ashburton Place, Boston, MA 02108
Phone: (617) 994-6000 Fax: (617) 994-6024

MCAD DOCKET NUMBER: 04BEM01562
FILING DATE: 06/15/04

EEOC/HUD CHARGE NUMBER: 16CA401817
VIOLATION DATE: 03/01/04

Name of Aggrieved Person or Organization:
Daniel A. Ferrie
1600 Pine Street
Dighton, MA 02715
Primary Phone: (508) 669-6349 ext. ____

Named is the employer, labor organization, employment agency, or state/local government agency who discriminated against me:
K-Mart Corp.
Attn: Human Resources
3100 W. Big Beaver Rd.
Troy, MI 48084
Primary Phone: (248) 463-1000 ext. ____

No. of Employees:    25+

Work Location: Braintree, MA

Cause of Discrimination based on:
Age, Age of Complainant, specified; Other, Paragraph 4, Retaliation.

**The particulars are:**
I, Daniel A. Ferrie, the Complainant believe that I was discriminated against by K-Mart Corp., on the basis of Age, Other. This is in violation of M.G.L. 151B Section 4 Paragraph 1B, 4 and ADEA.

See Attached

I hereby verify, under the pains and penalties of perjury, that I have read this complaint and the allegations contained herein are true to the best of my knowledge.

(Signature of Complainant)     Date 5/15/04

KMART 00465

MCAD Docket Number 04BEM01562, Complaint

COMMONWEALTH OF MASSACHUSETTS
MASSACHUSETTS COMMISSION AGAINST DISCRIMINATION

SUFFOLK, ss.

| | | |
|---|---|---|
| Daniel A. Ferrie, | ) | |
| Complainant, | ) | 04-BEM- |
| vs. | ) | |
| K Mart Corporation, | ) | |
| Respondents. | ) | |

### AFFIDAVIT OF DANIEL A. FERRIE

**I, Daniel A. Ferrie, do upon my oath depose and state:**

1. My name is Daniel A. Ferrie, and I live at 1600 Pine Street, Dighton, MA 02715.

2. I am 57 years of age.

3. In or around August, 1998, I was hired by Respondent, K Mart Corporation ("K Mart") as an Assistant Manager and assigned to its South Bay, Boston, Massachusetts store.

4. In the Spring of 1999 I discovered that, despite my superior performance, younger less experienced managers were being promoted ahead of me. I complained to my then District Manager, David Nappier, that I was being discriminated against because of my age.

5. After my above complaint, I was subsequently passed over for numerous promotions, including Store Manager and, later, District Manager positions. Virtually all of the these positions were given to individuals under 40 years of age, with far less experience.

6. In late 2001, for example, I was told that I would be promoted to District Manager. I did not get the position which was given to an individual under 40 with history of poor

Page 1 of 2

KMART 00466

performance at K Mart.

7. K Mart has a pattern and practice of engaging in this type of conduct concerning its older employees.

8. On numerous occasions during my employment, I was referred to as an "Old Bastard" and "old and fat" by my District Manager, Jon Swank.

9. On or about March 1, 2004 my employment with K Mart was involuntarily terminated, allegedly for violation of company policy.

10. This stated reasons for my termination were completely false and were a pretext for unlawful discrimination and retaliation.

11. At all times during my employment with K Mart, I performed my job in an exemplary manner and otherwise met and/or exceeded the legitimate performance expectations for my position.

12. I charge Respondent with unlawful discrimination in employment on account of age, including retaliation, in violation of Mass.G.L. c. 151B and the Age Discrimination in Employment Act, 29 U.S.C. 621, et seq.

13. I request that my Charge of Discrimination be filed with the United States Equal Employment Opportunity Commission.

SIGNED THIS 15TH DAY OF JUNE, 2004, UNDER THE PAINS AND PENALTIES OF PERJURY.

*/s/ Daniel A. Ferrie*
Daniel A. Ferrie