**EXHIBIT 2**

1

# COPY

1   UNITED STATES DISTRICT COURT

2   DISTRICT OF MASSACHUSETTS
    - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

3   DANIEL A. FERRIE,

4           Plaintiff,

5       vs.

6   K MART CORPORATION,

7           Defendant.
    - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

8

9

10

11          DEPOSITION OF JON SWANK

12          New York, New York

13          Friday, June 24, 2005

14

15

16

17

18

19

20

21

22

23      ELLEN GRAUER COURT REPORTING, CO., LLC
24          133 East 58th Street, Suite 1201
            New York, New York 10022
25              212-750-6434
                REF: 77920

2

1

2

3                                June 24, 2005

4                                11:10 a.m.

5

6            Deposition of JON SWANK, held at

7     the offices of Foley & Lardner, 90 Park

8     Avenue, New York, New York, pursuant to

9     Order, before William Byrne, a Notary

10    Public of the State of New York.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

3

1

2

3   A P P E A R A N C E S :

4

5   PAUL WOOD, ESQ.

6   Attorney for Plaintiff

7   45 Bowdin Street

8   Boston, Massachusetts   02114

9

10

11

12

13   FOLEY & LARDNER

14   Attorneys for Defendant

15   111 Huntington Avenue

16   Boston, Massachusetts 02199

17   BY: JEFFREY M. ROSIN, ESQ.

18

19

20

21

22

23

24

25

4

1

2  J O N        S W A N K,

3     having been first duly sworn by a

4     Notary Public, was examined and

5     testified as follows:

6              MR. ROSIN:   We reserve all

7        objections as to the form of the

8        question and attorney-client privilege

9        to the end.

10             MR. WOOD:   And motions to

11       strike, and we waive a notary which the

12       witness has to read and sign the

13       transcript before within 30 days.

14             MR. ROSIN:   That's fine.

15  EXAMINATION BY

16  MR. WOOD:

17       Q.     Good morning, sir.

18       A.     Good morning.

19       Q.     What is your address, sir?

20       A.     1803 Gary Road, Stewartville,

21  New Jersey.

22       Q.     How long have you lived there?

23       A.     Approximately a year and-a-half.

24       Q.     Do you live there with anybody?

25       A.     My wife and two children and two

1                         SWANK

2    or parking lot or mall that K Mart was in and

3    I do believe it would be one of the first

4    times that a K Mart would be going head to

5    head with Wal-Mart right in the same parking

6    lot.  My regional vice president was looking

7    for a capable manager to run the Fall River

8    location effectively to go head to head with

9    Wal-Mart.

10        Q.       Who decided to transfer Mr.

11   Ferrie to the Fall River store?

12        A.       I would have to guess that would

13   have been my regional vice president.

14        Q.       Did you have any input in the

15   decision?

16        A.       The only input I would have had

17   would have been my recommendation as to

18   whether he was fully capable to do that.

19        Q.       Do you recall what your

20   recommendation was?

21        A.       I do not recall specifically

22   what my recommendation was; I would or I could

23   tell you I would recommend him for that.  He

24   did a very good job in Somerville.

25        Q.       Would he have been transferred

23

1                          SWANK

2    to Fall River without your recommendation, to

3    the best of your knowledge?

4         A.       To the best of my knowledge he

5    could have been, I would only have to

6    speculate here, I couldn't really answer that.

7         Q.       To the best of your recollection

8    how long was Mr. Ferrie employed by K Mart as

9    store manager of the Fall River store?

10        A.       Can I review my time lines

11   again?

12        Q.       Sure.

13        A.       My best estimate would be that

14   he probably ran the Fall River location for

15   maybe six to nine months, the Fall River

16   location was not my responsibility.

17        Q.       Although it was not your

18   responsibility, do you have any knowledge as

19   to Mr. Ferrie's performance as store manager

20   of the Fall River store?

21        A.       No.

22        Q.       To the best of your recollection

23   where did Mr. Ferrie go next?

24        A.       He came to run the Braintree,

25   Massachusetts K Mart.

1                              SWANK

2          Q.        To the best of your

3     recollection, that was immediately subsequent

4     to Fall River?

5          A.        Yes.

6          Q.        To the best of your

7     recollection, why was Mr. Ferrie transferred

8     to the Braintree store?

9          A.        Mr. Ferrie, if I can recall, had

10    contacted me and expressed his want to run the

11    Braintree store, he knew it was an open

12    position and the Braintree location was a

13    large newer building with a much higher volume

14    than Fall River; if I recall, he had expressed

15    to me at that time his I think he had

16    generally gotten bored in Fall River.

17    Wal-Mart had opened, it had taken the volume

18    of Fall River very far down and he had wanted

19    to take on the challenge of the Braintree

20    location.  He, of course, when he had

21    previously worked for me previously had done a

22    good job, so I spoke to my regional vice

23    president about it and the decision was made

24    to place him as store manager.

25         Q.        Who was the regional vice

1                           SWANK

2          A.       I believe Dave Bennett was

3    placed into that position.

4          Q.       Do you know a Charles or Chuck

5    James?

6          A.       Yes.

7          Q.       Is it possible that Mr. James

8    was placed in that position?

9          A.       It is possible the position that

10   Dave Bennett filled, may have been earlier

11   than what we are referencing here.  It is

12   possible that Chuck James filled that position

13   because that name has sparked my memory that

14   he did run the southern Mass district prior to

15   going to Connecticut.

16         Q.       Why don't we focus on Mr. James

17   for a moment.

18         A.       Yes.

19         Q.       Do you recall Mr. James's age

20   just approximately?

21         A.       I would think that he was

22   possibly in his early 30s.

23         Q.       And this would be in his early

24   30s at the time of his promotion to district

25   manager?

1                          SWANK

2   Hampshire market?

3       A.        Yes, I recall that there was a

4   new district manager placed in New Hampshire.

5       Q.        Do you recall who that

6   individual was?

7       A.        I believe that individual was a

8   gentleman by the name of Dan Nicolenni.

9       Q.        Where had Mr. Nicolenni worked

10  previously?

11      A.        Dan Nicolenni had worked in

12  higher volume stores on Long Island and he

13  also ran the Saugus, Mass location.

14      Q.        Mr. Nicolenni was store manager

15  of Saugus, Massachusetts?

16      A.        Yes.

17      Q.        And you mentioned the higher

18  volume locations where he worked, what

19  position did he hold at those locations?

20      A.        To the best of my knowledge he

21  was the operations manager.

22      Q.        Do you recall Mr. Nicolenni's

23  approximate age at the time he was promoted to

24  district manager?

25      A.        Once again I would have to

                        SWANK

1   guess, and I would assume he was in his

2   mid-30s.

3        Q.      Getting back to Mr. Ferrie's

4   transfer to the Braintree location.  At the

5   time of Mr. Ferrie's transfer to Braintree,

6   was the Braintree store considered a broken

7   store?

8        A.      Yes, it was.

9        Q.      And how do you define the term

10  "broken store"?

11       A.      Broken store is once again a

12  very broad statement.  The presentation was

13  unacceptable.  The in-stock assortments were

14  unacceptable, the store morale was

15  unacceptable to our corporate standards.

16       Q.      How was Mr. Ferrie's performance

17  as store manager of the Braintree store?

18       A.      He did a good job.

19       Q.      Was he able to turn around the

20  Braintree store from being a broken store?

21       A.      We definitely were able to get

22  the store off the broken list, yes.  When I

23  refer to the broken list it's what I mean as

24  something that we would refer to to our

SWANK

1

2    Q.    Do you recall at any time that

3    Mr. Ferrie was store manager of the Braintree

4    store, complaints concerning Mr. Ferrie

5    brought by any member of his staff?

6    A.    I do not recall specifically.

7    Q.    Do you recall anything

8    generally?

9    A.    I do not recall.

10   Q.    Do you recall an individual by

11   the name of Michael Hedlund?

12   A.    Yes, I do.

13   Q.    And who was Mr. Hedlund?

14   A.    He was the front end manager of

15   the location.

16   Q.    Of the Braintree store?

17   A.    Yes.

18   Q.    Briefly what were or what are

19   the duties of a front end manager?

20   A.    Basically he or she oversees the

21   operations of the front of the checkouts in

22   our stores, overseeing the operational running

23   of the checkouts.

24   Q.    Do you recall any communications

25   between you and Mr. Ferrie concerning Mr.

SWANK

Hedlund?

     A.     I don't recall specific communications.

     Q.     Do you recall any performance issues concerning Mr. Hedlund?

     A.     I recall he would frequently be unhappy with the performance of the front end in Braintree, and Michael's reaction to that performance?

     Q.     And when you say and Michael's reaction to that performance, what do you mean by that, sir?

     A.     Specifically, I would recall my observations that Mike Hedlund would not respond to lines at the front checkouts effectively enough.

     Q.     Do you recall any other performance issues concerning Mr. Hedlund?

     A.     Not specifically, no.

     Q.     Did you ever instruct Mr. Ferrie to discipline Mr. Hedlund, to the best of your recollection?

     A.     No, not to the best of my recollection, no.

34

SWANK

1

2     Q.      Did you ever instruct Mr. Ferrie

3     to terminate Mr. Hedlund?

4     A.      No.

5     Q.      Did you have an opinion as to

6     the quality of Mr. Hedlund's job performance?

7     A.      Yes.

8     Q.      What was that opinion, sir?

9     A.      I felt he was a lower performer.

10    Q.      Can you be more specific?

11    A.      Out of the group of my stores as

12    far as front end manager, I felt he was one of

13    the least effective front end managers.

14    Q.      At any point when Mr. Ferrie was

15    store manager of the Braintree store, did you

16    discuss with Mr. Ferrie the possibility of him

17    being promoted to a district manager position?

18    A.      Not that I specifically recall.

19    Q.      Do you recall a district manager

20    position becoming open during Mr. Ferrie's

21    tenure as store manager of the Braintree

22    store?

23    A.      I do not specifically recall.

24    Q.      Do you recall a meeting with Mr.

25    Ferrie in a restaurant in Braintree concerning

1                           SWANK

2    a promotion to the position of district

3    manager?

4           A.      No, I do not.

5           Q.      Specifically at a restaurant

6    called Tennessee Pork, does that help to

7    refresh your recollection?

8           A.      No, it does not.

9           Q.      At any time during Mr. Ferrie's

10   tenure as store manager of the Braintree

11   location, did you communicate with anyone else

12   concerning the possibility of promoting Mr.

13   Ferrie to district manager?

14          A.      Not that I recall.

15          Q.      Do you recall, again, during the

16   same period David Bennett being promoted to

17   the position of district manager?

18          A.      I know that Dave Bennett was

19   hired and placed into a position of a district

20   manager.

21          Q.      Could this have been during the

22   period when Mr. Ferrie was employed as store

23   manager at Braintree?

24                  MR. ROSIN:    Objection.

25          A.      I do not recall specifically the

37

```
 1                     SWANK
 2        Q.      Do you have any knowledge as to
 3   how long Mr. Bennett was store manager of that
 4   store?
 5        A.      I have no knowledge.
 6        Q.      At the time of his promotion to
 7   district manager, do you know Mr. Bennett's
 8   approximate age?
 9        A.      No.
10        Q.      Was he over 30?
11                MR. ROSIN:   Objection.   To the
12   best of your knowledge.
13        A.      You are asking me to guess,
14   would you like me to guess?
15        Q.      Was he over 60?
16                MR. ROSIN:   Objection.
17        Q.      You can answer.
18        A.      I do not believe he was over 60.
19        Q.      Was he over 40?
20                MR. ROSIN:   Objection.
21        A.      I'm trying to get your best
22   recollection of Mr. Bennett's age, sir.
23        A.      I would not estimate him to be
24   over 40.
25        Q.      Thank you.
```

48

                              SWANK

1

2    Q.      Did you ever recommend Mr.

3    Ferrie for promotion to the position of

4    district manager?

5    A.      No.

6    Q.      Why not?

7    A.      It was not my position to

8    promote district managers and my regional vice

9    president never inquired of me a

10   recommendation.

11   Q.      Is it your testimony that it

12   would not be part of your job duties to

13   recommend store managers for promotion to

14   district manager?

15   A.      I cannot specifically state that

16   it is within my job description to identify

17   district manager candidates.

18   Q.      And it's your understanding that

19   that's not part of the succession planning

20   process?

21   A.      Can I take a break to think

22   about this?

23   Q.      Do your best to answer now and

24   then you can take a break.

25         MR. ROSIN:    Read back to

SWANK

2   concerning the soft lines clearance bulk

3   sales, if anything?

4          A.       I recall that in the course of

5   this investigation, I don't remember

6   specifically how, but that my specific

7   instructions of the soft lines to go through

8   the checkouts and being scanned for each item

9   individually so the mark-downs were properly

10  recorded was not followed.

11         Q.       Anything else that you recall?

12         A.       Not that I recall.

13         Q.       Do you recall Mr. Ferrie having

14  a workplace injury while employed in the

15  Braintree store?

16         A.       Yes.

17         Q.       What do you recall of that, sir?

18         A.       I recall that he slipped and

19  fell.  And I do believe it was up at our

20  service desk and he was out for the duration

21  of my tenure as district manager there.  He

22  was not present for this investigation.

23         Q.       To the best of your knowledge

24  was an investigation conducted concerning Mr.

25  Ferrie's injury?

<pre>
 1                    SWANK
 2              MR. ROSIN:   Objection.
 3        Q.      You can answer the question.
 4        A.      To the best of my knowledge the
 5   loss prevention district manager conducted an
 6   investigation into -- the standard workplace
 7   investigation into an injury.
 8        Q.      Did you have any involvement in
 9   that investigation?
10        A.      No, I did not.
11        Q.      Did anyone speak to you
12   concerning Mr. Ferrie's injury as part of that
13   investigation?
14        A.      I had or I recall a conversation
15   with one of the area managers just confirming
16   or not confirming just speaking about his
17   fall.
18        Q.      Anything else that you recall
19   concerning Mr. Ferrie's injury?
20        A.      No.
21        Q.      Do you recall speaking to anyone
22   concerning Mr. Ferrie's injury?
23        A.      I would -- we had a store
24   manager now out on Workmen's Comp, and I would
25   speak with my regional manager in regards to
</pre>

72

                              SWANK

1
2     the situation and I would speak with my loss
3     prevention district manager.  I can't recall a
4     specific conversation though.
5                    MR. WOOD:    Off the record.
6                    (Discussion off the record.)
7          Q.        Regarding the alleged smart plan
8     manipulation; do you recall an issue regarding
9     a stolen credit card concerning this smart
10    plan manipulation issue?
11         A.        Yes, it was related to me by
12    Donna Mastroeni in the course of the internal
13    audit investigation.
14         Q.        And what do you recall or how do
15    you recall a stolen credit card played a role
16    in this smart plan manipulation issue?
17         A.        As it was related to me, a
18    credit card -- an individual came in and made
19    a major purchase on a K Mart cash card in the
20    Braintree location.  It was flagged by our
21    loss prevention manager.  A major purchase on
22    a cash card would be something that the loss
23    prevention manager would flag.  He traced the
24    purchase of the cash card to be purchased at a
25    store in New Hampshire -- once again are you