**EXHIBIT 3**



# Performance Development Process

## Kmart Corporation
## PDP Appraisal Form

EXHIBIT NO. 8
Ferrie
2-28-05
MICHELLE KEEGAN

**Associate Name:** Daniel A Ferrie
**Employee ID:** 01000071260
**Job Title:** Store Manager IV

**Review Period:** Fiscal Year 2002
**Manager:** Jonathan P Swank
**Store/DC/Dept:** 03879-000

## 2002 Results and Accomplishments

**Associate's Comments on Accomplishments:**

I have worked to develop a TEAM at 3879 which is now just about in place.

We have achived a 100% rating from the Commonwealth of Massachusetts for unit and pricing compliance TY ( 2 different times).

We have improved our PRESENTATION.

We no longer have need for trailers and are constantly current on DCs.

We have improved RELATIONSHIPS with the TOWN of BRAINTREE to an acceptable level, the first time since the store opened six years ago.

I have developed an open line of communications for both managers and associates which have resulted in a much closer knit teams.

**Manager's Comments on Accomplishments:**

Dan has continued to improve overall store presentation in a location that was listed as a broken store in the prior year. He has struggled to develop a consistant team and to address root issues in the areas of unit/pricing and department manager accountabilty. Dan has made improvement despite struggling with a high turn-over ratio.

## 2002 Kmart Competencies

**Customer Focus**

Is dedicated to meeting the expectations and requirements of internal and external customers; gets customer information and uses it for improvements in products and services; acts with customers in mind; establishes and maintains effective relationships with customers and gains their trust and respect.

**Self-appraisal:** Very Effective    **Manager-appraisal:** Very Effective    KMART00046

**Associate Comments:** Have brought into the store, high gross items that relate more to this stores clientel. I have interacted with the TOWN and have reduced the outside interfearance. I am constantly at the front interacting with customers over needs and concearns. items

**Manager Comments:** Dan is very attuned to his customers needs. He is extremely responsive to individual customer problems and requests. He must focus on his front

operations and pricing compliance issues to be sure to gain the customers trust and respect.

### Drive for Results

Can be counted on to exceed goals successfully; is constantly and consistently one of the top performers; very bottom-line oriented; steadfastly pushes self and others for results.

**Self-appraisal:** Effective  **Manager-appraisal:** Effective

**Associate Comments:** I have fixed the physical and now have got to insure the stores profitability. I have established a set of personal goals and a plan of action to acheve maximum success.

**Manager Comments:** Dan is driven for results, but does effectively develope plans of action to achieve results, or follow-up to poor performers hampering results.

### Motivating Others

Creates a climate in which people want to do their best; can motivate many kinds of associates and team or project members; can assess each person to get the best out of him/her; pushes tasks and decisions down; empowers others; invites input from each person and shares ownership and visibility; makes each individual feel his/her work is important; is someone people like working for and with.

**Self-appraisal:** Outstanding  **Manager-appraisal:** Very Effective

**Associate Comments:** I work long hard hours teaching, training and coaching both members of management and team associates. I have used numerous ideas that have been suggested, and try to constantly LEAD by positive management.

**Manager Comments:** Dan is extremely effective motivating strong performers. He tends to not effectively identify root causes of poor performers and usually fails to improve these individuals.

### Building Effective Teams

Bring people together into teams when needed; create strong morale and spirit in his/her team; shares wins and successes; fosters open dialogue; lets people finish and be responsible for their work; defines success in terms of the whole team; creates a feeling of belonging in the team.

**Self-appraisal:** Outstanding  **Manager-appraisal:** Effective

**Associate Comments:** I have constantly been an advocate of the TEAMS WORK work approach.

**Manager Comments:** Dan promotes teamwork but fails to apply individual accountability. 3879 has had consistent turn-over issues which has resulted in an inconsistent team. Individual team members can not be successful when they must consistently cover for open positions and poor performers. This has prevented 3879 from becoming a solid organization.

KMART00047

### Informing

Provides the information people need to know to do their jobs and to feel good about being a member of the team, unit, and/or the organization; provides individuals information so that they can make accurate decisions; is timely with information.

**Self-appraisal:** Outstanding  **Manager-appraisal:** Very Effective

**Associate Comments:** I am contently communicating information to team members.

**Manager Comments:** Dan is very effective in providing his associates information. He must do a better job in following up to ensure those tool provided are utilized, such as the Merchandise Flow Bulletin, Weekly Guide, etc.

### Decision Quality

Makes good decisions based upon a mixture of analysis, knowledge, experience, and judgement; most of his/her solutions and suggestions turn out to be correct and accurate when judged over time; sought out by others for advice and solutions.

| | | | |
|---|---|---|---|
| **Self-appraisal:** | Very Effective | **Manager-appraisal:** | Effective |

**Associate Comments:** I have many other people including store managers call me for information and advice.

**Manager Comments:** Dan's decision-making capabilities are strong in regards to handling operational and merchandising issues. Dan has failed to make proper decisions related to K-mart policy frequently in the past. He has allowed violations of corporate policy through his lack of control. He must work on ensuring that he is proactive in preventing policy violations.

### Problem Solving

Uses logic and methods to solve difficult problems with effective solutions; probes all potential sources for answers; can see hidden problems; is excellent at honest analysis; looks beyond the obvious and doesn't stop at the first answers.

| | | | |
|---|---|---|---|
| **Self-appraisal:** | Outstanding | **Manager-appraisal:** | Very Effective |

**Associate Comments:** I know I can use conventional methods at problem solving and can also think out side the box.

**Manager Comments:** Dan must work on indentifying root causes and develope long-term solutions. He must be willing to address the human factor of poor performance.

### Managing Diversity

Interacts with all people equitably; deals effectively with all races, nationalities, cultures, disabilities, ages, and genders; encourages different ideas and opinions from a wide variety of viewpoints; supports equal and fair treatment and opportunity for all.

| | | | |
|---|---|---|---|
| **Self-appraisal:** | Very Effective | **Manager-appraisal:** | Very Effective |

**Associate Comments:** I have encouraged diversity in our hiring at 3879, and I am involved in all hiring.

**Manager Comments:** Dan has performed very well working in an extremely diverse location. He taps into the diversity of his clientele to maximize sales.

## Overall Appraisal Score

KMART00048

Your overall score is calculated automatically as an average of the eight competencies listed above.

| | | | |
|---|---|---|---|
| **1.85 or Below:** | Unsatisfactory | **2.76 - 3.75:** | Very Effective |
| **1.86 - 2.75:** | Effective | **3.76 - 4.0:** | Outstanding |

**Overall Self-Appraisal:** 3.38 Very Effective      **Overall Manager-Appraisal:** 2.63 Effective

| | |
|---|---|
| **Overall Manager Comments:** | Dan has continued to make improvements in his current location. He has struggled to build a consistent team base and develop individual accountability and improve training. Dan must work on repairing root problems, not just quick fixes. He is an extremely hard-working, knowledgeable manager. Dan must strive to achieve daily routines. To achieve this, he must solidify his organization through training, communication, delegation and follow-up. |
| **Overall Associate Comments:** | We have come a very long way in the past year, I know have to improve the stores profitability through company programs. I have personally developed a set of GOALS for my self and this store for the up coming year, that will result in a profitable well controlled unit. |

## 2003 Preliminary Goals and Plans

| | |
|---|---|
| **Associate's 2003 Goals and Plans:** | Finish the TEAM building TY. Insure the store doesn't waste out TY. improve sales by 17% in the coming year. improve contribution to profit to a positive number. Continue to help K-Mart grow. |
| **Manager Notes/Comments:** | Dan must reduce turnover and solidify his organization. Store 3879 is an opportunity store, and must achieve a minimum of 7% ROIC. This must be achieved through maximizing sales and gross while micro managing expenses. Dan must improve his SPA controls to effectively improve gross percentage. |

## Individual Development Plan

### Most Recent Career Experience

| Date Range (Month and Year) | Company | Job Title |
|---|---|---|
| 01/1998 - | K-Mart | Store Manager |
| 01/1996 - | Lincoln Discount Drug | Field Merchandise Manager |
| 01/1994 - | Save-a-Lot | Store Manager |
| 01/1989 - | Auction City Stores | District Manager |

### Education

| Date Range (Month and Year) | Institution | Degree |
|---|---|---|
| 01/1970 - | Cape Cod Community Collage | A.S. |
| 01/1973 - | N.E. University | B.S. |

### Language Skills

| Language | Native Language | Able to Translate | Speaking Proficiency | Reading Proficiency | Writing Proficiency |
|---|---|---|---|---|---|
| | | | | | |

### Career Interests

Regional Management or a higher coperate level position.

KMART00049

| Key Strengths | Key Development Opportunities |
|---|---|
| Problem solver, high enegrgy levels, able to train at all levels, I follow ploicy to the letter, I know how to make the system work within the operating guidelines, | I need to continue to build a strong team at all levels. |

**Development Action Plan**

I am NOW ready to be promoted.

KMART00050



# Performance Development Process

**EXHIBIT NO. 7**
2-28-05
MICHELLE KEEGAN

## Kmart Corporation
## PDP Appraisal Form

| | | | |
|---|---|---|---|
| **Associate Name:** | Daniel A Ferrie | **Review Period:** | Year ending Jan. 31, 2002 |
| **Employee ID:** | 01000071260 | **Manager:** | Jonathan P Swank |
| **Job Title:** | Store Manager IV | **Store/DC/Dept:** | 03879-000 |

### 2001 Results (To Be Completed by Manager)

#### Merchant

| Business Metric | Actual Results 2001 | Expected Results 2001 | Manager Comments |
|---|---|---|---|
| Sales (% Var to PL) | | | |
| Contribution to Margin (%Var to PL) | | | |

#### Operator

| Business Metric | Actual Results 2001 | Expected Results 2001 | Manager Comments |
|---|---|---|---|
| Shrink (% to sales) | | | |
| Payroll Expense (% to PL) | | | |

#### Leader

| Business Metric | Actual Results 2001 | Expected Results 2001 | Manager Comments |
|---|---|---|---|
| Turnover (% hourly) | | | |
| Performance Reviews Completed On Time (% hourly) | | | |

### Kmart Competencies

**Customer Focus**

Is dedicated to meeting the expectations and requirements of internal and external customers; gets customer information and uses it for improvements in products and services; acts with customers in mind; establishes and maintains effective relationships with customers and gains their trust and respect.

**Self-appraisal:** Outstanding         **Manager-appraisal:** Effective

**Manager Comments:** Dan does well in responding to individual cutomer needs and responding to his communities merchandizing needs. His stores overall SSI score for the year was 48%. He must concentrate on his ability to take care of the customer on the front end. He must ensure that each member of management and associate is passionate on poor front-end service. He must hold the Operations Manager account for the overall scheduling and runnings of the front-end. He must follow-up and react to poor performance.

**Building Effective Teams**

Bring people together into teams when needed; create strong morale and spirit in his/her team; shares wins and successes; fosters open dialogue; lets people finish and be responsible for their work; defines success in terms of the whole team; creates a feeling of belonging in the team.

**Self-appraisal:** Outstanding         **Manager-appraisal:** Outstanding

**Manager Comments:** Dan does as excellent job in building individual performance and developing accountabilty. Dan effectively identifies associates strengths and weaknesses and effectively manages to allow individuals to be a productive part of the whole team.

KMART00042

**Informing**

Provides the information people need to know to do their jobs and to feel good about being a member of the team, unit, and/or the organization; provides individuals information so that they can make accurate decisions; is timely with information.

Self-appraisal:   Outstanding                              Manager-appraisal:   Very Effective

Manager Comments:   Dan effectively communicates to his organization. He needs to ensure and hold his management accountable to communicate to their individual team members. Ensure all associates are utilizing KRC communication tools of Merchandise Flow Bulletin and Weekly Guide.

### Drive for Results

Can be counted on to exceed goals successfully; is constantly and consistently one of the top performers; very bottom-line oriented; steadfastly pushes self and others for results.

Self-appraisal:   Outstanding                              Manager-appraisal:   Effective

Manager Comments:   Dan needs to do a better job in responding to goals that he does not deam as a "high priority". His 2001 overall SSI score was 48%, he did not react to Smart Plan Conversion rates. Both of which were goals set to improve, but not met. Dan needs to identify root problems, develope plans of actions, follow-up to results and react to poor performance.

### Decision Quality

Makes good decisions based upon a mixture of analysis, knowledge, experience, and judgement; most of his/her solutions and suggestions turn out to be correct and accurate when judged over time; sought out by others for advice and solutions.

Self-appraisal:   Outstanding                              Manager-appraisal:   Very Effective

Manager Comments:   Dan exercises very good decision making abilities. He utilizes his merchandizing experience to identify sales trends and react to maximize future performance.

### Problem Solving

Uses logic and methods to solve difficult problems with effective solutions; probes all potential sources for answers; can see hidden problems; is excellent at honest analysis; looks beyond the obvious and doesn¿t stop at the first answers.

Self-appraisal:   Outstanding                              Manager-appraisal:   Very Effective

Manager Comments:   Dan is not afraid to think outside the box or breakdown problems to identify root causes, then willing to rebuild from scratch.

### Strategic Agility

Sees ahead clearly; can anticipate future consequences and trends accurately; has broad knowledge and perspective; is future oriented; can articulately communicate credible pictures and visions of possibilities and likelihood¿s; can create competitive and breakthrough strategies and plans.

Self-appraisal:   Outstanding                              Manager-appraisal:   Outstanding

Manager Comments:   Excellent job in analizing sales trends and being proactive in operational issues.

### Motivating Others

Creates a climate in which people want to do their best; can motivate many kinds of associates and team or project members; can assess each person to get the best out of him/her; pushes tasks and decisions down; empowers others; invites input from each person and shares ownership and visibility; makes each individual feel his/her work is important; is someone people like working for and with.

Self-appraisal:   Outstanding                              Manager-appraisal:   Very Effective

Manager Comments:   Dan must work on developing poor performers through identifying areas of performance, identifying expectations, providing detail direction, ensure follow-up and review progress. He must ensure that his management team provides this detail attention to their individual team memebers. Dan does an excellent job celebrating individual team successes and motivates thrue recoognizing positive achievements

### Managing Diversity

Manages all kinds and classes of people equitably; deals effectively with all races, nationalities, cultures, disabilities, ages, and gender; hires variety and diversity without regard to class; supports equal and fair treatment and opportunity for all.

Self-appraisal:   Outstanding                              Manager-appraisal:   Very Effective

Manager Comments:   Dan has opportunity to work within a very diverse community and has porformed well.

Self Comments: I should be promoted to at least a district level position as I am a very effctive store team manager.

Performance Assessment (Effective or Unsatisfactory): Effective

## 2002 Goals and Expectations (To Be Completed by Manager)

### Merchant

| Business Metric | 2002 Plan | Manager Comments |
|---|---|---|
| Sales (% Var to PL) | | |
| Contribution to Margin (%Var to PL) | | |

### Operator

| Business Metric | 2002 Plan | Manager Comments |
|---|---|---|
| Shrink (% to sales) | | |
| Payroll Expense (% to PL) | | |

### Leader

| Business Metric | 2002 Plan | Manager Comments |
|---|---|---|
| Turnover (% hourly) | | |
| Performance Reviews Completed On Time (% hourly) | | |

**Overall Manager Comments:** Dan has done an excellent job in turning what was a "broken store" around this year. His challenge ahead lies in turning 3879 into a profit-producing location for the company by increasing sales and gross, control shrink and expenses to maximize pprofit dollars. Dan has built a solid organization that is capable of achieving these goals. He is a knowledgable merchant and I'm sure will be extremely successful in the coming year.

**Overall Associate Comments:** On assignment to 3879 I found a very broken store with numerous problems. The store is now off the broken list and continous to strive forward. We have replaced management and associates and ARE training and retraining all management and associates. I feel that part of the success is the sharing of information on all fincial and metric matters and operational issues with all store team members.

## Individual Development Plan

### Most Recent Career Experience

| Date Range (Month and Year) | Company | Job Title |
|---|---|---|
| 01/1998 - | K-Mart | Store Manager |
| 01/1996 - | Lincoln Discount Drug | Field Merchandise Manager |
| 01/1994 - | Save-a-Lot | Store Manager |
| 01/1989 - | Auction City Stores | District Manager |

### Education

| Date Range (Month and Year) | Institution | Degree |
|---|---|---|
| 01/1970 - | Cape Cod Community Collage | A.S. |
| 01/1973 - | N.E. University | B.S. |

### Career Interests

Regional Management or a higher coperate level position.

### Key Strengths

Problem solver, high enegrgy levels, able to train at all levels, I follow ploicy to the letter, I know how to make the system work within the operating guidelines.

### Key Development Opportunities

I need to continue to build a strong team at all levels.

KMART00044

Development Action Plan

I am NOW ready to be promoted.

KMART00045

# PERFORMANCE APPRAISAL FOR MERIT INCREASE CONSIDERATIONS
## NONBONUS ELIGIBLE ASSOCIATES

Bar Code: 024360166
FERRIE, DANIEL A
TO: NAPIER, DAVID
07605

| NAME: | Daniel Ferrie | SSN: | 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 | JOB TITLE: | Hardlines Mgr | DATE OF HIRE: | 6/18/98 | OVERHEAD: | 7605 | DATE IN POSITION: | 9/98 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Month/Yr | | | | Month/Yr | |

**REVIEW PERIOD:** 6/98 Through 1/99
Month/Yr — Month/Yr

**REASON FOR APPRAISAL:**
☐ Annual  ☐ Follow Up
☐ Other _____

**INSTRUCTIONS:**
(A) Complete a Self Assessment by providing the appropriate numerical rating (0-100) and supporting comments on each performance factor.
(B) Calculate overall performance rating to two decimal places, selecting the appropriate weight factors depending upon job.
(C) Cover the Self Assessment with the reviewer.
(D) Reviewer completes appraisal.
(E) Write overall comments in designated area of appraisal. Specific behavioral examples are required.
(F) Discuss developmental plans with associate and document in designated area.
(G) Appraiser and associate sign and date the appraisal.
(H) Obtain associate's comments after review is conducted.
(I) Provide a copy of the signed performance appraisal form to the associate.
(J) Return all appraisals to your Human Resources Director.

**RATING SCORE DESCRIPTIONS:**

| 91-100 | Performance is so outstanding to indicate extraordinary achievement. |
| 71-80 | Performance is exceptional. Attains very high performance levels with occasional outstanding attainment. |
| 46-70 | Performance is meets expectations. Exhibits competent knowledge and skills in key performance areas. |
| 21-45 | Performance needs improvement. |
| 0-20 | Performance is unsatisfactory. Immediate improvement is required. |

**PERFORMANCE FACTORS:** Category & Overall Company Distribution in Each Category

| Outstanding 91-100 | Exceptional 71-90 | Meets Performance Expectations 46-70 | Needs Improvement 21-45 | Unsatisfactory 0-20 |
|---|---|---|---|---|
| 10% | 15% | 60% | 15% | |

**LEADERSHIP:** Contributes to the success of the company by directing efforts toward the accomplishment of results and objectives. Manages workload and resources by planning, organizing, prioritizing, setting goals, establishing standards, delegating, and administering as appropriate to effectively meet deadlines and accomplish team objectives.

| Always demonstrates an extraordinary degree of initiative, flexibility, and urgency in managing workload and resources. Consistently anticipates and quickly overcomes problems to ensure timeliness and quality at a superior level. Consistently places team priorities above individual agenda. | Workload and resources are exceptionally well managed so that deadlines and quality standards are consistently produced in accordance with established priorities, deadlines, and quality standards. | Competent general management and administrative skills result in work being produced in accordance with established priorities, deadlines, and quality standards. | Generally work is either completed on time or at a sufficient level of quality. Efforts and resources are not consistently allocated toward team priorities. | Workload and resources are poorly managed and work generated is rarely completed on time, reflective of team priorities, or in line with quality standards. |

**RATING** [ 73 ]

**COMMENTS:** Dan brings with him a great deal of leadership experience and he utilizes that experience to be an effective leader in his current position.

**MANAGEMENT AND DEVELOPMENT OF OTHERS:** Manages performance of others to obtain maximum productivity. Effectively communicates standards, goals and deadlines; delegates and supervises work assignments; shares knowledge and information pertinent to work assigned. Inspires teamwork and customer focus mentality, and provides coaching, feedback, positive reinforcement and discipline to develop individuals to their full potential. Creates an environment in which others feel trusted, respected, and valued for their judgment and abilities. Sets an example of urgency and enthusiasm in approaching own responsibilities.

| Always achieves superior levels of productivity and quality by demonstrating an ability to inspire teamwork and motivate staff. Extraordinary ability to manage a diverse group of associates and obtain consistently high levels of performance. Entrusts those accountable for decisions to execute own talent, is recognized as a superior developer of ideas. | Consistently achieves an exceptional level of productivity and quality by setting a good example for others to follow, ensuring ongoing two-way communication, and developing subordinates to their full potential. Encourages fresh ideas. | Productivity and quality standards are achieved due to good rapport with staff. Openly communicates knowledge and information and creates opportunities for learning through delegation. | Subordinates are underdeveloped, underutilized, or lack commitment to the team. Work relationships are not as productive as they could be. Not able to achieve productivity and quality standards, and generally staff morale is low. Conversely, morale may be good, but productivity or quality are low. | Has difficulty communicating with, developing and earning the respect of staff associates. Productivity and quality are low. |

**RATING** [ 68 ]

**COMMENTS:** Dan has established a sense of urgency as it relates to specific tasks among some of his direct reports. He has a good rapport with his dept. managers and he communicates openly. Dan should utilize more written communication techniques.

| | Outstanding 91-100 | Exceptional 71-90 | Meets Performance Expectations 46-70 | Needs Improvement 21-45 | Unsatisfactory 0-20 |
|---|---|---|---|---|---|
| **JOB KNOWLEDGE / SKILLS:** 10% | Possesses and applies current job knowledge and skills concerning aspects of the job and its relationship to others. Seeks every opportunity to improve technical expertise. Possesses extraordinary technical knowledge and Maintains familiarity with other department functions in order to determine most effective means of accomplishing job duties. | Exhibits exceptional job knowledge and technical skills needed to perform non-routine job functions independently. Demonstrates initiative in acquiring greater knowledge and skills to enhance job performance. | 15% Competently performs key elements of the job by utilizing technical job knowledge and skills. 60% | Unable to perform some job specific duties because technical knowledge and skills are not up to standard. 15% | Lacks basic knowledge and skills necessary to perform job duties and responsibilities. Includes understanding and skills related to department policies, procedures, and systems. |

**RATING** [ 77 ]

**COMMENTS:** Relative to his length of service Dan possesses a high level of overall job knowledge. He is pro-active and aggressive in his effort to gain greater job knowledge, training and skills.

| | | | | | |
|---|---|---|---|---|---|
| **PROBLEM SOLVING AND DECISION MAKING SKILLS:** Solves problems and makes business decisions necessary to effectively carry out job responsibilities. Identifies critical issues and problems, gathers and analyzes information, considers alternatives, determines appropriate courses of action, develops new ideas or innovative solutions, and makes and implements decisions. | Outstanding problem solving and decision making ability due to comprehensive understanding of critical issues. Brings groups together for cross functional problem solving to implement effective solutions. Demonstrates an extraordinary ability to develop new and innovative ideas in work situations. | Consistently solves problems independently from beginning to end with a sense of urgency. Anticipates and works to overcome obstacles. Demonstrates ability to handle unusual or complex problems and shows very good judgment in implementing decisions. Works with others to facilitate solutions and may assume responsibility for team problem solving. | Demonstrates competence in solving problems and making decisions. Analyzes available information, develops alternatives, and formulates recommendations to resolve problems. Considers feasibility of alternatives and implements sound decisions in a timely fashion. Contributes to group problem solving. | Able to identify and analyze problems, but has some difficulty in understanding relationships so as to draw conclusions and formulate alternatives. Judgment is sometimes questionable. Has difficulty reaching closure. | Has difficulty recognizing problems, gathering information, and applying sound analytical skills toward the resolution of problems. Lacks good judgment and logic in work situations. |

**RATING** [ 70 ]

**COMMENTS:** Dan is an effective probelm solver. He offers varied and effective solutions to a myriad of problematic situations. He possesses strong decision capabilities.

| | | | | | |
|---|---|---|---|---|---|
| **COMMUNICATION / INTERPERSONAL SKILLS:** Ability to effectively express thoughts and ideas to others, both orally and in writing. Builds and maintains productive working relationships through open exchanges of information with internal and external parties. | Communication skills display superior organization, professionalism, clarity, and appropriateness. Information is openly shared to ensure others have an understanding of activities and priorities. Always maintains information and executes tasks quickly and accurately by relying on internal and external work associates. Creates opportunities to share resources and avoid duplication of efforts. | Oral and written communications are professional, well organized, easy-to-understand and presented at a level appropriate to the audience. Communications are honest, candid, and forthright. Builds and maintains productive working relationships by collaborating to pursue common interests. Well regarded as a team player by peers and coworkers. | Communicates in an organized and professional manner. Shares expertise, knowledge, and information as requested. Cooperates with others outside organizational unit to resolve common issues or achieve common goals. | Oral and written communications do not always meet established professional standards or dealings with others are occasionally uncooperative, unsupportive, or adversarial. | Oral and/or written communication skills are clearly unacceptable. Rarely shares knowledge or information with others. |

**RATING** [ 70 ]

**COMMENTS:** Dan maintains strong effective interpersonal skills. He shares knowledge and expertise to both his direct reports and other members of the management team.

| RATING | Outstanding 91-100 | Exceptional 71-90 | Meets Performance Expectations 46-70 | Needs Improvement 21-45 | Unsatisfactory 0-20 |
|---|---|---|---|---|---|
| 69 | 10% | 15% | 60% | 15% | |

**INDIVIDUAL CUSTOMER CARE:**
Serves internal and external customers in a way that optimizes their satisfaction. A customer can be defined as a store, distribution center, vendor, department, etc. Listens to customer needs and concerns, makes an effort to understand their expectations, takes initiative to solve problems, and follows through to ensure commitments are met. Treats every team member as a customer.

| Always seeks opportunities to serve and please customers. Solicits input from customers, responds with urgency to provide a best fit solution, and takes initiative to perform extra duties without being asked. Reputation among customers is outstanding, as their expectations are consistently exceeded. | Consistently builds customer confidence through conscientious and professional approach to work. Takes time to understand customer expectations and immediately responds with information or resolution. Rapport with customers is good, increasing the likelihood of repeat business and enhancing the reputation of the unit. | Provides satisfactory customer care. Follows through on requests, communicates information with normal and expected courtesies, and provides solid solutions to customer problems. | May not always demonstrate initiative in solving customer problems or following through on requests. Turnaround time for satisfying customer needs is often longer than expected. | Assumes a passive role in serving customers. Is inattentive to customer needs, expends minimal energy on satisfying customer needs, or lacks follow through. Poor level of customer service results in dissatisfaction, complaints, decreased likelihood of repeat business, or damaged reputation. |

**COMMENTS:** Dan builds customer care and confidence through strong service and situational follow up. More attention must be paid to the elimination of rainchecks. The ... entire management staff must redouble our efforts to raise the CSI scores.

**OVERALL RATING**
First select and circle the appropriate weight factors. For each performance factor, multiply the performance rating by the weight factor (in decimals) to arrive at a numerical subtotal. Add the subtotal point scores to obtain the overall rating score. Both subtotal points and the overall rating score are to be rounded to two decimals.

| Performance Factors | Weight Factors | | Performance Rating | Subtotal |
|---|---|---|---|---|
| | w/Staff | w/o Staff | | |
| Leadership | .25 | .10 | x 73 = | 18.25 |
| Management and Development of Others | .20 | 0 | x 68 = | 13.6 |
| Job Knowledge/Skills | .15 | .40 | x 77 = | 11.55 |
| Problem Solving/Decision Making Skills | .15 | .15 | x 70 = | 10.5 |
| Communication/Interpersonal Skills | .15 | .20 | x 70 = | 10.5 |
| Customer Care | .10 | .15 | x 69 = | 6.90 |

OVERALL RATING SCORE (SUM OF SUBTOTALS) = 71.3

| OUTSTANDING | EXCEPTIONAL | MEETS PERFORMANCE EXPECTATIONS | NEEDS IMPROVEMENT | UNSATISFACTORY |
|---|---|---|---|---|
| ☐ 91-100 | ☒ 71-90 | ☐ 46-70 | ☐ 21-45 | ☐ 0-20 |

KMART00053

## DEVELOPMENT PLAN

What steps should be taken to enhance performance or bring to desired level?

- Utilize project pads
- Run personal copy of executive messages daily
- Maintain unit integrity schedule
- Establish strong dept. management team.
- Work with all associates to raise CSI scores
- Learn additional areas of responsibility in MC&C area and office cash procedures.

## COMMENTS

**APPRAISER'S COMMENTS:**

Relative to his length of service Dan is progressing very well in his training. He was recently named "pace setter of the year" and he is a valuable part of our management team.

**ASSOCIATE'S COMMENTS:**

None

**What are your career aspirations?**

Short term: Store Manager in "99"

To Manage the highest vol. store K-Mart has in the Northeast.

_____  5/5/99
Appraiser Signature        Date

_____  1-29-99
Reviewer Signature         Date

_____  3-9-99
Associate Signature        Date

Associate signature indicates that the performance appraisal has been discussed with the associate, but does not necessarily indicate agreement.

Original - Human Resources Director
Duplicate - Associate, Appraiser

agmt/mf/b
4/8/98

KMART00054