**EXHIBIT 6**



FORM 101

**The Commonwealth of Massachusetts**
**Department of Industrial Accidents – Department 101**
600 Washington Street – 7th Floor, Boston, Massachusetts 02111
Info. Line 800-323-3249 ext. 470 in Mass. Outside Mass. - 617-727-4900 ext. 470
http://www.mass.gov/dia

## EMPLOYER'S FIRST REPORT OF INJURY OR FATALITY

DIA USE ONLY

THIS FORM MUST BE FILED BY THE *EMPLOYER* IN THE EVENT OF AN INJURY THAT RESULTS IN DEATH OR FIVE OR MORE CALENDAR DAYS OF TOTAL OR PARTIAL INCAPACITY FROM EARNING WAGES.
*INSTRUCTIONS AND CODES ON THE REVERSE SIDE - Please Print Legibly or Type - Unreadable forms will be returned.*

**EMPLOYEE**
1. Employee's Name (Last, First, MI): Ferrie Daniel
2. Home Telephone Number: 508-669-6349
3. Social Security Number: 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
4. Sex: ☑ M ☐ F
5. Home Address: 1600 Pine Street, Dighton, MA 02715
6. Marital Status: ☐ M ☐ S
7. No. of Dependents:
8. Date of Hire: 07/16/1998
9. Date of Birth: 02/14/1947
10. Average Weekly Wage: $1709.62 ☑ Estimated ☐ Actual

**EMPLOYER**
11. Employer's Name: Kmart
12. Federal Tax I.D. Number: 380729500
13. Employer's Address: 7 Allstate Road, Boston, MA 02125
14. Employer's Telephone Number: 781-843-5400
15. Industry Code:
16. Workers' Compensation Insurance Carrier and Tel. No.: Cambridge Integrated Services 8001 639-7835
17. W.C. Policy Number: Kmart 177617-03MA
18. Self-Insured? ☑ Yes ☐ No   If Yes, Self-Insurer Number:
19. Business Type: ☐ Service ☐ Wholesale ☐ Mfg. ☑ Retail ☐ Other

**INJURY INFORMATION**
20. DATE OF INJURY: 12/17/2003
21. Was Employee Injured on Employer's Premises? ☑ Yes ☐ No
22. Location of Injury if not on Employer's Premises:
23. FIRST day of Total or Partial Incapacity to Earn Wages: 12/18/2003
24. FIFTH day of Total or Partial Incapacity to Earn Wages: 12/22/2003
25. If Employee has Died, Date of Death:
26. Source of Injury: Plastic bag
27. Briefly Describe How Injury/Exposure Occurred and Body Part(s) involved: Slipped on a plastic bag & fell landing on his left side.
28. Person to Whom Injury was Reported (list position):
29. Date Reported: 12/17/2003
30. Date Reported as work related: 12/18/2003
31. Injury Code(s): a. 160   Body Part Code(s): a. 700
32. Witness(es) to Injury: 

KMART00251

33. Has Employee Returned to Work? ☐ Yes ☑ No
34. Date Employee Returned to Work:
35. Employee's Regular Occupation: Store Manager
36. Has Employee Returned to Regular Occupation? ☐ Yes ☑ No
37. EMPLOYER'S Name: Kimberly Bouley
38. Title: Claims Adjuster
39. EMPLOYER'S Signature: Kimberly Bouley
40. Date Prepared: 01/06/2004

*Disclosure of Social Security Number is Voluntary. It will aid in the processing of your report.   Form 101 - Revised 8/2001 - Reproduce as needed.
THIS FORM DOES NOT CONSTITUTE AN EMPLOYEE'S CLAIM FOR BENEFITS UNDER WORKERS' COMPENSATION.