# EXHIBIT 7

**THIS EXHIBIT FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER**