# EXHIBIT 8

**THIS EXHIBIT FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER**