UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| Daniel A. Ferrie, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. |
| | ) | 04-12068 JLT |
| vs. | ) | |
| | ) | |
| K Mart Corporation, | ) | |
| | ) | |
| Defendant. | ) | |

PLAINTIFF'S NOTICE OF ADDITIONAL RECORD EVIDENCE SUBMITTED
IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Now comes the Plaintiff, Daniel A. Ferrie, by his attorney, and respectfully submits herewith additional record evidence consisting of the Affidavit of Daniel A. Ferrie. Plaintiff submits the same pursuant to the Court's offer at the October 17, 2005 hearing in the within matter for the Plaintiff to submit additional record evidence.

Respectfully Submitted,
Daniel A. Ferrie
By his attorney,

/s/ Paul F. Wood
Paul F. Wood, BBO 565195
Law Office of Paul F. Wood, P.C.
45 Bowdoin Street
Boston, MA 02114
(617) 532-2666