UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Daniel A. Ferrie, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>)<br>K Mart Corporation, )<br>) | CIVIL ACTION NO.<br>04-12068 JLT |

### AFFIDAVIT OF DANIEL A. FERRIE

I, Daniel A. Ferrie, do upon my oath depose and state:

1. My name is Daniel A. Ferrie, and I am the Plaintiff in the within action.

2. Subsequent to my termination from K Mart, my position was replaced by Leslie Clark, who is approximately ten years younger than I.

SIGNED THIS 24TH DAY OF OCTOBER, 2005, UNDER THE PAINS AND PENALTIES OF PERJURY.

_____
Daniel A. Ferrie