UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| DANIEL A. FERRIE, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 04-12068-JLT |
| | * | |
| KMART CORPORATION | * | |
| | * | |
| Defendant. | * | |
| | * | |

ORDER

August 21, 2006

TAURO, J.

This court hereby orders that:

1.   Defendant's Motion for Summary Judgment [# 23] is ALLOWED.

IT IS SO ORDERED.

              /s/ Joseph L. Tauro
              United States District Judge