UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**DANIEL A. FERRIE,**
    **Plaintiff,**

      **v.**              **CA:04-12068-JLT**

**K MART CORPORATION,**
    **Defendant.**

## JUDGMENT

**TAURO, D.J.**

In accordance with the Court's ORDER of Agust 21, 2006

GRANTING Defendant's Motion for Summary Judgment

in the above entitled action, is hereby ORDERED:

    **JUDGEMENT FOR THE DEFENDANT:**
    **K MART CORPORATION.**


                      /S/

                  **Zita Lovett,**
                  **Deputy Clerk**

**Date: September 19, 2006.**